Decided October 15, 1993

STATE OF CONNECTICUT *v.* IRVING NIXON

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 224 (AC 11201), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant's convictions, as an accessory, of assault in the second degree in violation of General Statutes § 53a-60 (a) (5) and of assault on a correctional officer in violation of General Statutes § 53a-167c (a) (1) did not violate the defendant's federal double jeopardy rights?"

The Supreme Court docket number is SC 14866.

*Timothy H. Everett,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided November 16, 1993

PATRICIA COOK *v.* WILLIAM C. BIELUCH, JR., ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 537 (AC 11236), is denied.

*Wesley W. Horton* and *Michael S. Taylor,* certified legal intern, in support of the petition.

*George J. Markley,* in opposition.

Decided November 16, 1993